**No. 10-10734. Jerry L. Cobb, aka Jerry Cobb, Petitioner v. Kathy Mendoza-Powers, Warden.**

565 U.S. 846, 132 S. Ct. 165, 181 L. Ed. 2d 79, 2011 U.S. LEXIS 6230.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-10735. Melecio M. Cardona, Petitioner v. California.**

565 U.S. 847, 132 S. Ct. 165, 181 L. Ed. 2d 79, 2011 U.S. LEXIS 6596.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of California denied.

**No. 10-10736. Stephen Miknevich, Petitioner v. United States.**

565 U.S. 847, 132 S. Ct. 165, 181 L. Ed. 2d 79, 2011 U.S. LEXIS 6123.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 638 F.3d 178.

**No. 10-10737. Roy D. Moraga, Petitioner v. E. K. McDaniel, Warden, et al.**

565 U.S. 847, 132 S. Ct. 166, 181 L. Ed. 2d 79, 2011 U.S. LEXIS 6573.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 415 Fed. Appx. 784.

**No. 10-10740. Daniel Jon Peterka, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections.**

565 U.S. 847, 132 S. Ct. 166, 181 L. Ed. 2d 79, 2011 U.S. LEXIS 6272,

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 56 So. 3d 767.

**No. 10-10741. Clifford Scott Eaton, Petitioner v. North Dakota.**

565 U.S. 847, 132 S. Ct. 166, 181 L. Ed. 2d 79, 2011 U.S. LEXIS 6281.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of North Dakota denied.

Same case below, 793 N.W.2d 790.

**No. 10-10742. Terrance A. Daugherty, Petitioner v. Sylvia Manone, et al.**

565 U.S. 847, 132 S. Ct. 166, 181 L. Ed. 2d 79, 2011 U.S. LEXIS 6058.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-10743. Trent Carr, Jr., Petitioner v. Millicent Warren, Warden.**

565 U.S. 847, 132 S. Ct. 166, 181 L. Ed. 2d 79, 2011 U.S. LEXIS 5958.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.